IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

WILLIAM H. HARWOOD,            §
    Petitioner,                §
                               §
VS.                            §      CIVIL ACTION NO.4:05-CV-238-Y
                               §
COLE JETER, Warden,            §
FMC-Carswell,                  §
    Respondent.                §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

    In this action brought by petitioner William H. Harwood under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

    1.    The pleadings and record;

    2.    The proposed findings, conclusions, and recommenda-tion of the United States magistrate judge filed on July 21, 2005; and

    3.    The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 3, 2005.

    The Court, after <u>de novo</u> review, concludes that Harwood's objections must be overruled and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions, and for the alterna-tive reasons set forth in Jeter's response, section II.  The Court finds that the motion for class action should be denied for the reasons stated in Jeter's response at section III.

    It is therefore ORDERED that the findings, conclusions and recommendation of  the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that petitioner Harwood's motion for class action [docket no. 3] be, and is hereby, DENIED.

It is further ORDERED that Harwood's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be, and is hereby, DENIED.

SIGNED August 8, 2005.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE